# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HAILEY HEFFRON,

Plaintiff,

vs.

CITRUS HMA, LLC d/b/a SEVEN RIVERS REGIONAL MEDICAL CENTER,

Defendant.

CASE NO.: 5:13-cv-453-ACC-PRL

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

COMES NOW, the Defendant, CITRUS HMA, LLC d/b/a SEVEN RIVERS REGIONAL MEDICAL CENTER, LLC ("SRRMC"), by and through its undersigned counsel, and hereby serves its Response & Objections to Plaintiff's First Request for Production, as well as documents bates-stamped SRRMC000001 through SRRMC000524 in electronic format, and states as follows:

**GENERAL OBJECTIONS**

These responses are made without waiver of, and with preservation of: All questions as to competency, relevancy, materiality, privilege, and admissibility of these responses, the responses produced hereunder, and the subject matter thereof, as evidence for any purpose in any further proceeding in this action (including the trial of this action) and in any other action; the right to object to the use of any such responses, or the subject matter thereof, on any grounds in any further proceeding of this action (including the trial of this action) and in any other action; the right to object on any grounds at any time to a demand or request for further discovery proceedings involving or relating to the subject matter hereof; and the right at any time to revise, correct, add to, supplement, or clarify any of the responses contained herein.

**RESPONSES TO REQUEST FOR PRODUCTION**

**REQUEST NO. 1:**
Please produce all documents identified in your answers to Plaintiff's Interrogatories.

> **RESPONSE:** Documents responsive to this request are provided herewith in electronic (CD) format. ). Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 2:**
Please produce all documents relied upon as a basis for responding to Plaintiff's Interrogatories.

> **RESPONSE:** Documents responsive to this request are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 3:**
Please produce all documents which support your denial of any of the allegations in the Complaint.

> **RESPONSE:** Documents responsive to this request are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 4:**
Please produce all documents that relate to any of your Defenses or Affirmative Defenses.

> **RESPONSE:** Documents responsive to this request are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 5:**
Please produce all documents which evidence the terms and conditions of Plaintiff's employment with Defendant, including all company and personnel manuals, and memos that Plaintiff was provided by Defendant related to any of the claims in this case.

**RESPONSE:** Objection- vague and overbroad. With these objections noted and without waiving same, Documents responsive to this request are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 6:**
Please produce the entire personnel file of Plaintiff, including those documents and writings that were used to determine Plaintiff's qualifications for employment, transfers, salary, raises, pension eligibility, termination or other disciplinary action.

**RESPONSE:** Documents responsive to this request are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 7:**
All personnel files of Plaintiff's supervisors and/or decision-makers in this case related to employment history, training, performance reviews, discipline, and complaints of the nature raised in this action.

**RESPONSE:** Objection- irrelevant, overbroad and burdensome, not likely to lead to the discovery of admissible evidence; and violates the privacy of individuals who are not parties to this action.

**REQUEST NO. 8:**
Please produce any and all documents regarding discipline issued to Plaintiff and similarly situated individuals in the last three years.

**RESPONSE:** Regarding Plaintiff: documents responsive to this request are provided herewith in electronic (CD) format. Regarding similarly situated individuals: Objection - irrelevant, vague, overbroad and burdensome, not likely to lead to the discovery of admissible evidence; and violates the privacy of individuals who are not parties to this suit.

**REQUEST NO. 9:**
Please produce any and all documentation regarding Plaintiff's absences or tardiness, including but not limited to FMLA leave or sick leave and her work schedules.

> **<u>RESPONSE:</u>** Documents responsive to this request are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**<u>REQUEST NO. 10</u>:**
Please produce any and all documentation reflecting Defendant's policies and procedures regarding FMLA leave, workers compensation benefits, accommodations for disabilities, vacation leave, short term disability leave, and tardiness/absenteeism.

> **<u>RESPONSE:</u>** Documents responsive to this request are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**<u>REQUEST NO. 11</u>:**
Please produce any and all medical certifications or doctor's notes provided by Plaintiff to Defendant.

> **<u>RESPONSE:</u>** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**<u>REQUEST NO. 12</u>:**
Please produce all documents related to all employees who took or applied for FMLA leave at Plaintiff's facility from 2010 to present, including dates of FMLA leave and documents showing employment status of employee.

> **<u>RESPONSE:</u>** Objection - violates the privacy of individuals who are not parties to this suit.

**<u>REQUEST NO. 13</u>:**
Please produce any and all documents regarding Plaintiff's eligibility for or use of FMLA leave.

> **<u>RESPONSE:</u>** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 14:**
Please produce all complaints concerning the work performance of Plaintiff and any warning notices to Plaintiff about these complaints.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format.  Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 15:**
Please produce all documents, letters, or any memoranda of any conversations between Plaintiff and any past or present employee, officer, or director of Defendant regarding Plaintiff's job performance, and regarding any of the allegations of Plaintiff in the above entitled proceeding.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format.  Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 16:**
Please produce all documents that reference, in any manner whatsoever, the reasons that Plaintiff's employment was terminated.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format.  Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 17:**
Any and all insurance coverage related to the claims in this action.

> **RESPONSE:**  None.

**REQUEST NO. 18:**
Please produce all of Plaintiff's payroll records, including pay stubs and records related to fringe benefits.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format.  Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 19:**

Please produce any and all documents submitted to an administrative agency related to Plaintiff's employment with Defendant's, including documents submitted to the State of Florida's Agency for Workforce Innovation, the United States Equal Employment Opportunity Commission, the Florida Commission on Human Relations, and the United States Department of Labor.

> **RESPONSE:** Objection- irrelevant, overbroad and burdensome, not likely to lead to the discovery of admissible evidence. Without waiving said objections, documents in Defendant's possession responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 20:**

Please produce any and all job descriptions, specifications or other documents which describe or otherwise relate to the functions and/or job duties performed by Plaintiff during the course of Plaintiff's employment by the Defendant.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 21:**

Any and all documents related to any request for accommodation at store where Plaintiff worked from 2010 to the present.

> **RESPONSE:** Objection- violates the privacy of individuals who are not parties to this suit.

**REQUEST NO. 22:**

Please produce all correspondence, including emails related to Plaintiff's request for leave.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 23:**
Please produce all documents regarding any training provided to Plaintiff from Defendant.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 24:**
Please produce any and all documentation regarding Plaintiff's requests for accommodation, including medical records submitted to Defendant.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 25:**
Please produce any documentation that would evidence a request for an accommodation by an employee where Plaintiff worked and whether Defendant provided such accommodation or another accommodation or the rationale for denying such accommodation.

> **RESPONSE:** Objection- violates the privacy of individuals who are not parties to this suit.

**REQUEST NO. 26:**
Please produce Defendant's employee handbook(s).

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**REQUEST NO. 27:**
Please produce any and all documents related to any workers' compensation injury sustained by Plaintiff.

> **RESPONSE:** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**<u>REQUEST NO. 28</u>:**
Please produce all loss runs, workers' compensation insurance premium statements, and documents showing all workers compensation claims made by employees for a period of five (5) years.

> **<u>RESPONSE:</u>** Objection, Objection, irrelevant, overbroad and burdensome, not likely to lead to the discovery of admissible evidence.

**<u>REQUEST NO. 29</u>:**
Please produce all documents related to any communications or attempts to communicate with Plaintiff after her termination from Defendant.

> **<u>RESPONSE:</u>** Documents responsive to this request, if any, are provided herewith in electronic (CD) format. Discovery is ongoing and additional documentation responsive to this Request will be provided if discovered.

**<u>REQUEST NO. 30</u>:**
Please produce all applicable insurance policies

> **<u>RESPONSE:</u>** None.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the above and foregoing has been furnished via *email and regular mail* to Luis Cabassa, Esq., Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602, on this ___ day of January, 2014.

<u>/s/ Denise Wheeler</u>
Denise L. Wheeler
Florida Bar No: 0017809
Jaime A. Maurer
Florida Bar No: 0033313
Roetzel & Andress, LPA
2320 First Street
Suite 1000
Fort Myers, FL 33901-2904
Telephone: 239.337.3850
Facsimile: 239.337.0970
*Attorneys for Defendant*

7843493 _1