# EXHIBIT C

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

HAILEY HEFFRON,

   Plaintiff,

vs.          CASE NO.: 5:13-cv-453-ACC-PRL

CITRUS HMA, LLC d/b/a SEVEN
RIVERS REGIONAL MEDICAL
CENTER,

   Defendant.

## CONFIDENTIALITY AGREEMENT

   Plaintiff, HAILEY HEFFRON, and Defendant, CITRUS HMA, LLC d/b/a SEVEN RIVERS REGIONAL MEDICAL CENTER (hereinafter, collectively "the parties") recognize the need to protect the confidentiality of certain information to be disclosed in this matter and, therefore, agree as follows:

   1.  Confidential Information.  Certain information and documents subject to discovery in these proceedings may contain financial information, proprietary information, or other personal or private confidential information (hereinafter "Confidential Information"). The parties in the above action, by and through their undersigned counsel, stipulate and agree to implement the following guidelines regarding the production of Confidential Information.

   2.  Documents.  "Documents" shall mean all written, recorded or graphic matter of any nature whatsoever, including, but not limited to: documents produced, interrogatory answers, responses to requests to admit, transcripts of and exhibits to depositions and hearings taken or conducted in this action.

   3.  Confidential Designation.  "Confidential Documents" shall mean all documents that are designated as "Confidential" in writing, by the parties at the time of furnishing copies in connection with this action.  Such designation is to be made by stamping or otherwise inscribing the word Confidential upon the document itself.  In the case of deposition transcripts, such transcripts may be identified as Confidential by stating so on the record during the deposition.

4.   <u>Limited Use</u>.  No party receiving Confidential Documents shall make use of any Confidential Document, or any information contained in a Confidential Document, for any purposes whatsoever other than the prosecution or defense of this action; nor shall any Confidential Document, or any information contained therein, be disclosed by any person except as provided in this Agreement.

5.   <u>Disclosure</u>.   No document designated as Confidential and no information contained in documents designated as Confidential may be disclosed to any person other than the following:

a.   Counsel for any party in this action or persons regularly employed in the offices of such counsel.  Such counsel will include both in-house legal staff and outside counsel in the case of corporations, or other entities, that are parties to this action.

b.   Any party in this action, and any past or present officers, directors, and employees of any party in this action.

c.   Persons who saw or had access to such Confidential Documents prior to adoption of this Agreement.

d.   Experts or other consultants retained by the parties or potential witnesses with whom counsel for such parties determine it is necessary to confer in the prosecution or defense of any claim in this action.

e.   Persons noticed for depositions or designated as trial witnesses and their counsel to the extent deemed necessary to confer in the prosecution or defense of any claim in this action.

f.   Consultants or assistants retained by a party or its counsel in a litigation support capacity to review, analyze, organize, encode, copy or retrieve documents produced in this action.

g.   Deposition and trial court reporters, judges and jurors.

h.   Any other person to whom the designating party agrees in writing.

6.   <u>Consent</u>.   Except for persons identified in paragraph (5) above, no person authorized under the provisions of this Agreement to receive access to Confidential Documents shall be granted access rights to them unless and until such person has read this Agreement and executed a Consent, which is attached hereto, agreeing to be bound by this Agreement.

7.   <u>Objection</u>.   Whenever a party objects to the designation of a Confidential Document, it may so notify opposing counsel in writing.  Such opposing counsel shall respond in writing to any such notification by either (i) withdrawing such classification with respect to the Confidential Document; or (ii) stating that it refuses to so do and the reasons for its refusal within ten (10) days.  Upon receipt of such notification of refusal, application may be made to the Court for an order removing the designation of the particular Confidential Document in

2

question. Until the issue is finally determined by the Court, or in the event of an immediate interlocutory appeal, upon determination of such appeal, the document(s) shall be given the confidential treatment initially assigned to it as provided for in the Agreement.

8.   Filing Under Seal. All pleadings or other court filings that contain, incorporate, or disclose Confidential Documents shall be filed under seal. Material filed under seal shall be filed in an envelope endorsed with the caption of the action, a description of the nature of the contents, and a statement substantially in the following form:

> THIS ENVELOPE CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL AND SHALL NOT BE OPENED NOR THE CONTENTS THEREOF DISPLAYED OR REVEALED EXCEPT BY ORDER OF THE COURT.

9.   Use at Trial. Prior to any use of Confidential Documents at trial, the parties shall consult with the Court as to the appropriate procedures to be used in order to protect confidentiality.

10.   Return or Destruction of Documents. Within thirty (30) days of the conclusion of this action, all Confidential Documents and copies thereof shall be destroyed promptly or returned to counsel for the producing party that designated the information as Confidential.

11.   Non-Applicability. This Agreement shall not apply to any information that is (a) already disclosed; (b) disclosed through public use or printed publications; (c) recipient is already in possession of the document; or (d) the document has been disclosed to third parties without a Confidentiality Agreement.

12.   Privilege. Nothing in this Agreement shall affect any privilege or right which any party might otherwise have against the discovery of any materials sought by any other party. Notwithstanding this Agreement, any party may move for an order imposing additional restrictions upon discovery of documents or other material, including but not limited to, an order that production not be had.

[Remainder of page intentionally left blank]

DATED this _____ day of February, 2014


Luis A. Cabassa, Esq.
FL Bar No.: 053643
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Tel: (813) 379-2565
Fax:  (813) 229-8712
lcabassa@wfclaw.com

Attorneys for Plaintiff

Denise L. Wheeler, Esq.
FL Bar No.:  0017809
Jaime A. Maurer, Esq.
FL Bar No.: 0033313
ROETZEL & ANDRESS
2320 First Street
Suite 1000
Fort Myers, FL 33901
Tel: 239.337.3850
Fax: 239.337.0970
FTMEmploy@ralaw.com

Attorneys for Defendant

4

## **CONSENT**

I, _____, have read the foregoing
Confidentiality Agreement and agree to be bound by its terms and conditions.


_____
Signature


_____
Printed Name